IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civ. No.  06-183 SLR ) |
| DDS JAMES J. GENTILE and SECRETARY JANE DOE, a/k/a SHELBY, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 23d day of March, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $14,052.00  (D.I. 1)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                       */s/ Sue L. Robinson*
                                                     United States District Judge