IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

GABRIEL G. ATAMIAN,MD,MSEE,JD, :
Plaintiff, :
v. :
JAMES J. GENTILE, DDS,and "JANE DOE", a/k/a Ms. Shelby, secretary, :
Defendants. :

Civil Action No.:
06-183 (SLR)

RECONSIDERATION OF THE APPLICATION IN FORMA PAUPERIS

Plaintiff, Gabriel G. Atamian,MD,MSEE,JD, do hereby respectfully request from this Honorable Court for the reconsideration of his application In Forma Pauperis on the following grounds, substantial grounds avaible to Plaintiff but not previously presented:

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 27 AM 10: 23
(SD) scanned

1. Petitioner is a physician with three specialities:

i. Physical Medicine and Rehabilitation,
ii. Psychiatry with Honors,
iii. Educational training in Cardiology at the American College of Cardiology for three years.

Petitioner, in addition, has:

| | | | |
|---|---|---|---|
| 1. | BA | in mathematics | 1960 |
| 2. | BS | in computer sciences | 1986 |
| 3. | MA | in chemistry | 1961 |
| 4. | MD | doctor in medicine | 1965 |
| 5. | MSEE | electrical engineering | 1989 |
| 6. | MS | in applied physics | 1990 |
| 7. | JD | juris doctor | 1993 |

2. Factual background for the genesis of conspiracy against Plaintiff , since he left New York City, in 1979, and the furtherance of the conspiracy, filed herewith as Appendix A.

3. Plaintiff's entire earnings from 1956 until 1999, reveals very clearly that Plaintiff was not able to earn an income since 1982. (Appendix A, Exh.A)

The irony of the above fact is that New York State on September 1983, has granted Plaintiff a Diploma of Psychiatry with Honors(Appendix A, Exhibit B), and,also, comments of Dr. Edward J. Hornick,MD, Chief of Psychiatry (Appendix A, Exh.C)

Since 1985, I earned my BS in Computer Sciences(1986), MSEE Master in Electrical Engineering(1989), and, MS in Applied Physics (1990). Needless to say that I could not find any job in Engineering because of continual jewish physician conspiracy from New York State.

4. About the Case Atamian v. Gorkin

, is when Plaintiff was at KGH, for an acute ulcer bleeding from the stomach. Plaintiff was in a dire medical and surgical emergency treatment status. Yet, Dr. Gorkin visited Plaintiff's bedside, to do a psychiatric consultation, meaning a psychiatric evaluation.

Attached Appendix A, Exhibit D, is Dr. Gorkin psychiatric evaluation of Plaintiff.

The Court should notice that Dr. Gorkin was not able to do a psychiatric examination because Dr. Gorkin spend only couple minutes with Plaintiff. It is impossible to write a psychiatric evaluation in two minutes contact with the Plaintiff. Yet, Dr. Gorkin has written a complete psychiatric evaluation about Plaintiff with the Diagnosis of Antisocial Character Disorder. (Appendix A, Exh.D)

It is very essential that in order to make a diagnosis of antisocial character disorder which is synonimous to psychopath or lunatic , the psychiatrist should spend almost two hours with the patient and follow the criteria of antisocial disorder.(Appendix A, Exhibit E).

The Court should recognize that after having reviewed Plaintiff's Appendix A, Exh. D and E, that Dr. Gorkin has made mockery of the American Psychiatric Profession by labeling Plaintiff for a psychopath without having knowledge of anything whatsover about Plaintiff, especially social history and past history. Despite the fact, that Plaintiff has told Dr. Gorkin during the two minutes contact with him, that Plaintiff's diagnosis is phobia. Yet, Dr. Gorkin in his impression makes Plaintiff an Antisocial Character Disorder ; and, explicitely states that **"Diagnosis is currently unclear"**. This is making mockery of the medical and psychiatric profession. Needless to say, Dr.Gorkin is a jew!

5. Since 1996, Plaintiff has filed In Forma Pauperis for the following cases:

1996
Atamian v. Chin,et al., Supreme Court of the United States;

Mid-Atlantic Realty Co., Inc., v. Atamian, Court of Common Pleas of Kent County, No. 96-05-0020AP;

1997
Atamian v. Delta Airline, Court of Common Pleas of Philadelphia,No. 1872;

2000
Atamian v. Gorkin, Supreme Court of the United States;

2002
Atamian v. Bahar, et al., Court of Common Pleas of Philadelphia, No. 004346;

Atamian v. Commissioner of Social Security, Supreme Court of the United States, No. 02-10047.

2003
Atamian v. TPR. Hawk, et al., Supreme Court of Delaware, No. 499, 2003.

2004
Atamian V. TPR. Hawk, et al., Supreme Court of the United States, No. 03-10106.

From the foregoings facts, it is clear that Plaintiff has demonstrated a change in circumstances that would warrant such status in this case.

6. Plaintiff's beloved mother was murdered by a jewish physician at Washington Adventist Hospital, on 1987. The jewish physician had prescribed medications and dosages of the medications, that would definitely be fatal to any person. See filed herewith, Appendix B.

7. The The jewish physicians from New York City should take their hostility against the "Arab" muslim, and not on innocent American Christians like the Plaintiff.

8. Until today, the sensless and bloody murder of Plaintiff's beloved mother has been successfully "covered up" by the jewish physicians from New York City.

9. On october 6, 2004, a new event has happened , Dr. Gentile's secretary, told Plaintiff that they will not fix Plaintiff's dental problems , because "they will not tolerate Plaintiff's anti-semitism."

10. The jewish physician conspiracy has ruined Plaintiff's life by taking him for an arab. Plaintiff's Application to proceed In Forma Pauperis, reveals that Plaintiff has no real estate, no bonds or stocks, no notes, no cars, no wife, no children, and, no other valuable property. Plaintiff has absolutely nothing in life except; he does possess 10 advanced degrees, including Psychiatry Diploma with Honors. (See Curriculum Vitae of Gabriel G. Atamian)

WHEREFORE, Plaintiff prays this Honorable Court for the reconsideration of the Application IN Forma Pauperis be Granted; or, in the alternative, to designate a Master to investigate whether or not Plaintiff is in poverty.

Respectfully submitted,

Gabriel G. Atamian, MD, MSEE, JD

March 27, 2006

Gabriel G. Atamian,MD,MSEE,JD
1021 N. State Street Apt A
Dover, De 19901
302-678-2546
Plaintiff. Pro se

# APPENDIX A

**APPENDIX A**

**THIS APPENDIX A ILLUSTRATES THE FACTUAL BAGKGROUND FOR THE GENESIS OF CONSPIRACY AGAINST PETITIONER, SINCE HE LEFT NYC, IN 1979, AND THE FURTHERANCE OF THE CONSPIRACY.**

1. Petitioner is born in the Middle-East , and has a distinguishing accent. Also, plaintiff has been taken for an 'Arab', the following are the explanation for it:

My parents were Armenians from Turkey. After the massacre by the turks in 1914, my parents immigrated to Syria. My beloved mother, for ten years, was raised in an orphanage in Syria , by the American Protestant Missionary. The Americans came to Syria for the purpose of caring the Armenian victims of the massacre.

In 1928, my parents were married. Then, they moved to Iran. I was born in Iran in 1935.

On March 19, 1956 I came to America as a student. I had a syrian passport. During my training in my medical school, I was discriminated by the Jewish Physicians. They knew about my Syrian bakground(Citizenship).

In 1979, left New York City and came to Washington,DC . The Jewish Physicians from New York have spread about my Syrian background of being an 'Arab' in Washington,DC.

2. Petitioner's entire earnings record from 1956 until 1999, which reveals that appellant was not able to earn an income since he left New York City on 1979. (See Exhibit A)

The irony of the above fact is that New York State on September 1983, has granted appellant a Diploma of Psychiatry with Honors (See Exhibit B) , and comments of Dr. Edward J. Hornick, MD, Chief of Psychiatry(See Exhibit C).

On june 1985, I surrendered my license to practice medicine to the State of Virginia because of Jewish Conspiracy from New York for taking me for an 'Arab'..[1]

Since 1985, I earned my BS in Computer Sciences(1986) MSSE Master's in Electrical Engineering (1989) and MS in Applied Physics (1990). Needless to say that I could not find any job in Engineering because of continual Jewish Physician Conspiracy from New York State.

---

(1) Couple days later, after petitioner's voluntary surrender of medical license, petitioner receives a letter from New York State Licensing Department, Albany, NY.

Petitioner contracted with telephone with the sender of the letter who told that: " Petitioner has a license in medicine for life in New York State."

Also, on 1987,petitioner's beloved mother was murdered by a jewish physician at Washington Adventist Hospital, by willfully and knowingly prescribing medications with dosages which were fatal to any person.

A physician never uses 37.5 mg of captopril on an elderly woman with congestive heart failure, it will defenitelyprecipitate hypotensive crisis.
A physician never gives 2L/minute of O2 when pCO2 is 79 and pO2 is 74, the result is definitely respiratory arrest..
My mother, because of the above orders , in the morning of June1, 1987, developed a massive stroke and respiratory arrest. My beloved mother was actually dead on June 1, 1987, after all those medications and dosages given to her purposely,Willfully and deliberately.

The hospital concealed from me the fact that my mother had a stroke and a brain damage and respiratory center destruction, and it choose to keep my mother alive for three months and ten days with sham treatments by keeping her on a respirator. (The respirator is a machine which keep people alive artificially)

In Appendix B, petitioner demonstrates the malicious conduct of Dr. Bass , by revealing excerpts of his beloved mother's medical record at Washington Adventist Hospital, on June1, 1987.

Moreover, petitioner's illustration is in such a way , that a layperson will see and comprehend this cold blood murder.

Gabriel G. Atamian

ICF DETAIL EARNINGS

SSN: 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 UNIT: CR1 REQUESTOR: ZAK

PRE 1951 EARNINGS: 0.00 TOTAL EARN: 173274.56

| YR | EARNINGS | QC | YR | EARNINGS | QC | YR | EARNINGS | QC | YR | EARNINGS |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 625.97 | NCCN | 73 | 14446.70 | CCCC | 89 | 2875.00 | CCCC | | |
| 58 | 601.49 | NCCN | 74 | 10432.15 | CCCS | 90 | 0.00 | NNNN | | |
| 59 | 330.13 | NCNC | 75 | 10152.00 | SSSS | 91 | 0.00 | NNNN | | |
| 60 | 600.00 | NNCN | 76 | 15153.00 | SSSS | 92 | 0.00 | NNNN | | |
| 61 | 0.00 | NNNN | 77 | 16500.85 | SSCC | 93 | 0.00 | NNNN | | |
| 62 | 0.00 | NNNN | 78 | 17700.00 | CCCC | 94 | 0.00 | NNNN | | |
| 63 | 0.00 | NNNN | 79 | 10996.13 | CCCC | 95 | 0.00 | NNNN | | |
| 64 | 0.00 | NNNN | 80 | 12639.39 | CCCC | 96 | 0.00 | NNNN | | |
| 65 | 0.00 | NNNN | 81 | 19800.00 | CCCC | 97 | 0.00 | NNNN | | |
| 66 | 0.00 | NNNN | 82 | 1392.00 | CCCC | 98 | 0.00 | NNNN | | |
| 67 | 6600.00 | SSSS | 83 | 0.00 | NNNN | 99 | 0.00 | NNNN | | |
| 68 | 7800.50 | SSSC | 84 | 0.00 | NNNN | | | | | |
| 69 | 5068.75 | CCNN | 85 | 0.00 | NNNN | | | | | |
| 70 | 0.00 | NNNN | 86 | 125.00 | NNNN | | | | | |
| 71 | 6366.35 | NNCC | 87 | 0.00 | NNNN | | | | | |
| 72 | 13069.15 | CCCC | 88 | 0.00 | NNNN | | | | | |

ADDITIONAL SCREEN NEEDED (Y): N

MAKE ANY EARNINGS AND QC CHANGES

Exhibit A
(p. 1 of 1)

Exh. B

The Office of Mental Health

of

THE STATE OF NEW YORK

Certifies that

Gabriel Atamian, M.D.

has successfully completed a Program for Resident Physicians in Psychiatric Training and has satisfactorily performed the duties of Resident Psychiatrist (including Neurology) at the

Manhattan Psychiatric Center

affiliated with the College of Physicians & Surgeons of Columbia University and New York University Medical Center from July 1 1977 to June 30 1979

In Witness Whereof we have set our hand & Seal this 12 day of Sept. 1983

DIRECTOR

Kenneth P. Kahaner, M.D.

DIRECTOR OF RESIDENT PHYSICIANS' TRAINING

COMMISSIONER OF MENTAL HEALTH

Exhibit P

(p. 1 of 1)

Ex. 1

NEW YORK STATE
OFFICE OF MENTAL HEALTH

MANHATTAN PSYCHIATRIC CENTER
MICHAEL FORD, M.D., Executive Director

WILLIAM MORRIS, M.D., Acting Commissioner

January 24, 1984

Gabriel G. Atamian, M.A., M.D.
6305 Castle Place - #3D
Falls Church, VA 22044

Dear Dr. Atamian:

Your name handwritten on your diploma is a special honor accorded to very special residents. I am glad you are proud of it.

Cordially,

E J Hornick

Edward J. Hornick, M.D.
Chief of Psychiatry

EJH:lrb

Exhibit C
(p. 1 of 1)

KENT GENERAL
Centr... Delaware's Hospital
and Health Care Center
640 S. STATE STREET • DOVER, DEL. 19901
PH...E: (302) 734-47(

PATIENT NAME: ATAMIAN, GABRIEL ROOM: 104 AGE: DATE: 10/13/95

ATTENDING PHYSICIAN: T. INDIRA, M.C.

CONSULTING PHYSICIAN: ROBERT A. GORKIN, M.D.

STAY #: 5545371

REASON FOR CONSULT: "Phobias"

HPI: The patient is a 60 year old Armenian male admitted with GI bleed. On admission, hemoglobin was 2.5 grams percent. Apparently he has a history of "familiar Mediterranean fever and phobias". He had been taking aspirin for abdominal pain. He came to the Emergency Room with hematemesis and found to have a heme positive rectal blood in addition to the hemoglobin of 2.5 grams percent. The patient was treated with a blood transfusion. He has also been seen by Dr. Moyer.

When I saw Mr. Atamian, he initially was quite ingratiating and very pleasant and polite. I told him that I was a psychiatrist and Dr. Indira had asked me to see him regarding his history of phobias. Mr. Atamian said that he would "make my job easy" and told me that he had been under psychiatric care for the last 15 years by "Dr. Robert Louis DuPont of Rockwell, Maryland" and that I should call him if I wanted to know more about him. The patient said that he initially had been referred to Dr. Robert Louis DuPont after being seen on one occasion at the "Washington Institute". Mr. Atamian said that he been working in the "Washington Basin" and a colleague had referred him to the Washington Institute. He also indicated his diagnoses were "200.30" which was later changed to 200.(something else). He said the first diagnosis was "phobias with acrophobia" and the latter diagnosis was "phobia without panic attack". I then attempted to ask him what symptoms led to his being under psychiatric care. The patient then became defensive and his demeanor and outlook rapidly changed. He said that I should call his doctor and that he wanted me to leave. I attempted to ask him if he felt that his symptoms were under good control. He said "yes" and if he needed any medication and he said that if I persisted he would "take me to court". I subsequently attempted to call Dr. DuPont. There is no Rockwell, Maryland.

The patient is apparently unemployed. He has told the staff that he is a physician and that he has an M.D. and a J.D. degree.

ABSENCE OF SIGNATURE INDICATES REPORT HAS BEEN DISTRIBUTED BEFORE PHYSICIAN REVIEW.

Continued...

PHYSICIANS SIGNATURE

Exhibit D (p1 of 2)

STK 991525

MEDICAL RECORD

KENT GENERAL
Central Delaware's Hospital
and Health Care Center
640 S. STATE STREET • DOVER, DEL. 19901
PHONE: (302) 734-47

PATIENT NAME: ATAMIAN, GABRIEL ROOM: AGE: DATE: 10/13/95

ATTENDING PHYSICIAN: T. INDIRA, M.D.

CONSULTING PHYSICIAN: ROBERT A. GORKIN, M.D.

MENTAL STATUS EXAMINATION: As noted above, the patient was initially "a very ingratiating, pleasant, and polite. He gave his history by indicating that he was under psychiatric care and where he had been and then became defensive and upset when asked what his psychiatric symptoms actually were. Eye Contact: Good. Speech: Patient speaks with a slight accent. Normal rate, rhythm, volume, and spontaneity. Speech was goal directed. Thoughts: He did not appear to be actively hallucinating. He did not verbalize any clear cut delusional material, however, his reactions appeared to be labile and excessive to the situation and perhaps guarded and even paranoid. For supposedly being a physician, his understanding of his diagnosis, in terms of his verbalization as to what it was as well as his use of numerical code for the diagnosis seemed unusual. Mood & Affect: Labile. Varied from quite pleasant to irritable to hostile. Sensorium: Patient is awake and appears to be oriented to time, person, place, situation. Recent and remote memory and cognitive functions were not formally tested.

IMPRESSION: Diagnosis is currently unclear. Given the patient's claim of being a physician and of having an M.D. and a J.D. degree as well as his lack of employment and his response to my interview, I would consider the possibility of an Axis II diagnosis (antisocial character disorder) or even factitious or Munchausen element in the differential diagnosis. It is clear, however, that the patient definitely admission of 2.5 grams percent, whatever the ultimate etiology of this is.

COMMENTS: Under the circumstances, I will sign off. I suspect additional history and observation to the patient's demeanor and behavior will be helpful to clarify the situation.

ABSENCE OF SIGNATURE INDICATES REPORT HAS BEEN DISTRIBUTED BEFORE PHYSICIAN REVIEW.

CONSULTATION PAGE 2 ROBERT A. GORKIN, M.D.

PHYSICIAN'S SIGNATURE

Exhibit D
(p. 2 of 2)

RAG/mm
10/13/95 10/14/95

STK 991525

MEDICAL RECORD

D TREATMENT
DISORDERS
*Series Editor*

:rline

:nts:

ictice

Guide
MCLINE

# THE DSM-IV PERSONALITY DISORDERS

EDITED BY
W. John Livesley

THE GUILFORD PRESS
New York London

Exhibit E
(p. 1 of 2)

(p.1 of 2)

pendence includes hazardous behavior, theft, and difficulties in fulfilling major role obligations at home, school, or work (American Psychiatric Association, 1987, p. 168). It is apparent that some of the diagnostic criteria are almost equivalent. It is then difficult to determine which (if any) direction of causality has occurred when one assesses the covariation of the presence of at least 4 of any of the 10 adult antisocial criteria (the threshold for an antisocial personality disorder diagnosis) with at least three of any of the nine substance dependence criteria (the threshold for the substance dependence diagnosis), even with the requirement of the childhood antisocial criterion (Gerstley et al., 1990).

The Research Diagnostic Criteria (RDC) for antisocial personality disorder (Spitzer et al., 1978) emphasize that antisocial behaviors can result from or be exacerbated by a substance use disorder. RDC raters count only those manifestations of antisocial personality disorder that cannot clearly be attributed to a drug use disorder. In DSM-III, on the other hand, it was stated that the antisocial personality disorder criteria would count "regardless of the extent to which some of the antisocial behavior may be a consequence of the Substance Use Disorder, e.g., illegal selling of drugs, or the assaultive behavior associated with Alcohol Intoxication" (American Psychiatric Association, 1980, p. 319) (no revision to this statement was made in DSM-III-R; American Psychiatric Association, 1987). Williams and Spitzer (1982) suggested that the RDC and DSM-III antisocial personality disorder criteria sets would identify virtually the same group of persons. Hesselbrock, Stabenau, Hesselbrock, Mirkin, and Meyer (1982) did report a kappa of .79 for the agreement between RDC and DSM-III (assessed by the DIS) in a sample of 42 alcoholic inpatients. Rounsaville, Eyre, Weissman, and Kleber (1983), however, reported that 54% of 533 opiate dependents met the DSM-III criteria for antisocial personality disorder, whereas only 27% did so with the RDC. Rounsaville et al. concluded "that the key difference in the two systems . . . is in the RDC requirement that antisocial activity be independent of the need to obtain drugs" (p. 38). Woody, McLellan, Luborsky, and O'Brien (1985) likewise reported that 45% of their 110 opiate-dependent subjects met the DSM-III criteria for antisocial personality disorder, but only 19% met RDC criteria. Hasin and Grant (1987) reported a kappa for the agreement between RDC and DSM-III antisocial personality disorder diagnoses of only .05 in a sample of 120 substance abuse patients.

Alterman and Cacciola (1991) and Gerstley et al. (1990) have suggested that the DSM-III(-R) antisocial personality disorder criteria overdiagnose antisocial personality disorder in substance use patients because of a "focus on behavioral patterns rather than underlying personality dynamics" (Gerstley et al., 1990, p. 173), as well as the absence of an exclusion criterion to rule out substance abuse. They recommended as an alternative the PCL, which places relatively more emphasis on psychopathic personality traits. Additional emphasis on more general traits (e.g., lack of remorse or guilt, superficial charm, and callous lack of empathy) would presumably be more

successful in assessing antisocial/psychopathic personality traits inde[...] of a substance use disorder than an emphasis on more specific b[...] (e.g., being reckless regarding safety as indicated by driving while i[...] ed; American Psychiatric Association, 1987). On the other hand, i[...] possible that in the assessment of such personality traits as mani[...] ness, poor behavior controls, and proneness to boredom (Hare, 19[...] might still use specific acts and behaviors that are secondary to a su[...] use disorder (Widiger & Shea, 1991).

Cooney, Kadden, and Litt (1990) compared DSM-III antisocia[...] nality disorder (assessed by the DIS) and PCL psychopathy assessm[...] a sample of 118 alcoholic inpatients. Correlation between total PCL [...] scores was significant but low ($r = .34$, $p < .001$); point-biserial cor[...] with the DIS antisocial personality disorder diagnosis was insignif[...] = .14). However, these results may not have been attributable to an [...] agnosis of antisocial personality disorder by the DSM-III, as only [...] the subjects met the DSM-III criteria. Cooney et al. acknowledged [...] low correlation could have resulted in part from inadequate traini[...] the PCL, but they concluded instead that it was attributable to diff[...] in the content of the respective interviews. Their content analysis su[...] that the DIS emphasized criminal and childhood conduct problem[...] of the interview), whereas the PCL placed relatively more emphasi[...] fective poverty (37% of the interview).

## COMPLEXITY OF THE CRITERIA SET

Hare et al. (1991), Rogers and Dion (1991), and Vaillant (1984) have s[...] ed that the increased behavioral specificity of the DSM-III(-R) antisoci[...] sonality disorder criteria has been problematic to clinical utility. I[...] coincidence that the personality disorder criteria set that is the most [...] it is also the longest and most complex. The DSM-III-R antisocial per[...] ty disorder criteria set consists of 10 adult items and 1 childhood item. [...] of the 10 adult items include subitems (parental irresponsibility has [...] items), and the childhood conduct disorder item involves 12 subitems, [...] ing in a total of 30 items to assess (see Table 6.1 for a summary of [...] adult items).

The DSM-III(-R) criteria for antisocial personality disorder ma[...] been constructed primarily for the benefit and concerns of the resea[...] rather than for those of the practicing clinician (Frances, Pincus, Wi[...] Davis, & First, 1990). Researchers may have little difficulty with length[...] complex criteria sets, but it is unlikely that clinicians adhere closely [...] DSM-III-R antisocial personality disorder criteria during routine clinical [...] tice. A systematic and comprehensive assessment of the personality [...] ders can require 2 hours of interviewing; as a result, clinicians may [...] fail to follow the criteria closely when making their diagnoses (Mo[...]

(p. 2 of 2)
Exhibit E

# APPENDIX B

# APPENDIX B

The Appendix B shows proof for ythe layperson that petitioner's beloved mother was murdered on June 1, 1987, at Washington Adventist Hospital by Dr. Bass, a jewish physician.

In Appendix A, petitioner has described the jewish physician conspiracy , since petitioner left n New York City, in 1979.

Moreover, petitioner is supplementing the following very important documents about his beloved mother's murder :

<u>EXHIBIT A</u> reveals History and Physical by Dr. Bass and the vital sign recorded by Dr. Bass .

<u>EXHIBIT B</u> reveals Orders written by Dr. Bass.

<u>EXHIBIT C</u> reveals Medication Orders carried by the nurse.

<u>EXHIBIT D</u> reveals the result of blood gases.

<u>EXHIBIT E</u> reveals the vital signs taken by the nurse.

**THIS SECTION SHOWS PROOF BEYOND ANY DOUBT THAT Gabriel Atamian's BELOVED MOTHER WAS MURDERED ON June1,1987, AT WASHINGTON ADVENTIST HOSPITAL BY A JEWISH PHYSICIAN.**

1. Exhibit B reveals that:

line 9

ABG 'S Now Call Dr. Bass with results (1)
(251-8123)

line 19

Captopril 25 mg now - then 12.5 mg po q.6h (hold for BP <140 Systolic)

---

(1) The Court should take notice :

a. The nurse has not checked this order,

b. Strange configuration and structure. It could have been written on one line,

c. In the initial period of the treatment of this kind of critically ill patient, it is imperative that the doctor acquires the result of the ABG in 15 to 20 minutes , and not to ask the nurse to call with results,

d. This order was added in a later time(See paragraph3 , infra),

e. A handwriting expert would be able to verify this fraudulent addition.

2. Attached hereto as Exhibit C, is my mother's medication orders while in room 5112 on 5-31-87, and reveals:(2)

**ALL MEDICATIONS AND ORDERS PRESCRIBED BY Dr. BASS WAS PICKED UP BY THE NURSE ON 24:00.**

3. From the above facts of paragraph 2, it is evident that Dr. Bass's ABG should have been done after 12 pm. But, there is no such ABG after 12 pm in the respiratory log (See Exhibit D).

Accordingly, the order was written by Dr. Bass at a later time (See footnote 1,supra).

From the above facts, it can be stated :

a. That Dr. Bass examined my mother at around 11:30 pm,

b. That Dr. Bass was aware of the result of theABG done in the emergency room at 22:51, on 2 liters of Oxygen, which showed:

P 02 74 and PCo2 79

**Dr. Bass knows very well that the result of P 02 74 is over-oxygenated state. That the flow of 02 should be decreased from 2L/Min. to 1L/Min in order to prevent catastrophic and tragic outcome of respiratory arrest.**

**Yet, Dr. Bass choose knowingly and deliberately to prescribe 2L/Min, of Oxygen for 8 hours until respiratory arrest occured to my mother.**

---

(2) My mother arrived at the emergency room at 4:40 pm, and was treated by Dr. Ballou(ER Physician) with Oxygen, Lasix, and nitropaste.

At 11:00 pm, Dr. Ballou said to me that my mother condition had improved and he had order an ABG. After several minutes, he got the result of the ABG, which was 91% of oxygen saturation. Then, Dr. Ballou told me :" I have stabilized your mothers' condition she can now leave the emergency room, and go to the hospital floor."

4. Attached hereto as Exhibit E, is the vital signs document of my mother , which reveals:

| | | | | | |
|---|---|---|---|---|---|
| 5-31-87 | 8 pm | P100 | R36 | BP206/110 | T99.1 |
| 6-1-87 | 12pm | P76 | R28 | BP130/70 | T98.4 |

Dr. Bas's vital signs recorded in his History and Physical (See Exhibit A) are P100 R36 BP206/110 T99.1 are the same as the vital signs recorded at the emergency room at 8 pm. Needless , to mention that Dr. Bass examined my mother at 11:30 pm.

As shown in paragraph 3, supra, that Dr. Bass examined my mother at 11:30 pm and Dr. Bass's medications were started . at 12 pm , which did not effect the vital signs at 12 pm . Accordingly, at 11:30 pm my mother's vital signs were the same as 12 pm, which are P76 R28 BP 130/76 .

As shown above my mother's Bp 130/70 at 12 pm is a very normal BP ; and, it is expected when PO2 is 74 at 22:51, where hyoximia a very potent vasoconstrictor is corrected that the BP returns to normal values.

In summary, Dr. Bass has willfully , knowingly , purposel and intentionaly created a fictitious hypertension by adopting BP of 3 hours past, in order to be able to use medications and dosages of medications which are definitely lethal to humans with congestive heart failure.

Gabriel G. Atamian

A 1

Page 1

HISTORY AND PHYSICAL

DATE: 5-31-87

HISTORY OF PRESENT ILLNESS: Mrs. Atamian is an 81 year old woman who is brought to the ER by her son complaining of increasing shortness of breath over the last 1-2 days. She has a history of CHF, COPD and hypertension and is chronically maintained on a regiment of Lasix 40 mg daily, Potassium Cl 20 ME daily and Isordil 40 mg QID. She is not on any specific dietary restrictions, although the last day or two she has had progressive orthopnea, PND, increase in peripheral edema and came to the ER with shortness of breath.

On admission in the ER her BP was 208/98. Pulse 104 and regular, respirations 40 and she was afebrile. Blood gases were drawn which showed marked CO2 retention with the PCO2 in the 80's with a PH of 7.21 and a PCO2 of 20. A chest x ray was reported to show pulmonary edema type pattern and she is admitted for further evlauation and therapy.

There is no history of angina or MI and she has denied chest pain. There has been on recent suggestion of infection, no fever or discolored sputum. She is not a smoker and has no history of asthma.

PAST MEDICAL HISTORY: She denies allergies.

CURRENT MEDICATIONS: Listed above

SURGERIES: Cholecystectomy and orthopedic surgery of her knees.

ILLNESSES: Hypertension, COPD and CHF.

ACCIDENTS: None

FAMILY HISTORY: Non contributory

SOCIAL HISTORY: Apparently lives with her son who on talking to me is a-physician of unclear training and background. He was quite animated and expressed some sort or unclear ideation to the nursing staff which appeared possibly to be paranoid in its content. He most specifically requested that his mother be treated by non-Jewish doctors and it was explained to him by me that I, as well as my associates, are Jewish and he said that it would be fine for us to treat her to get her out of her acute crisis but for longterm care, that other non-Jewish doctors should be obtained.

ROS: She denies GI or GU symptomatology.

PHYSICAL EXAMINATION: PE reveals an elderly woman lying comfortably in bed. BP is 206/110. Pulse is 100 and regular. Temp is 99.1 and respirations is 36.

ATAMIAN, Mary 85166 4300
7001911

HISTORY & PHYSICAL EXAM

Exhibit A (p. 1 of 3)

# PHYSICIANS ORDERS

(B)

NAME
0085166 DR. ROSEN, MARK
ATARIAN, MARY 5112-1
5-31-87 F 81 1-01-06

5/31/87

- Admit to D/S Bair / Hecht / Rosen
- Dx: CHF, COPD ↑ BP
- Bed Rest
- T/O
- Daily wts
- VS Q 2 h til 8:00 am then Q4h
- Foley to drainage
- Nasal O2 at 2L/min → call Dr. Bair c results
- Heplock ABGs now (287-8123)
- Diet: 2gm Na+
- Old chart to floor
- MEDICATION
  - Nitro ointment 1½" Q4h
  - Tylenol 10 grain po Q4-6 h prn headache
  - [illegible]
  - IV: 1000 mg Aminophylline in 500cc D5W at 15cc/hr
  - LASIX 40 mg IV at 24° midnite
  - Captopril 25 mg po now – then 12.5 mg po Q6h (hold for BP < 140 Systolic)
  - LASIX 40 mg po QAM
  - KCl Elixir 10% 15cc po BID
- Labs in AM
  Theophylline level, SMA7, CK, ABGs

Noted [illegible]

**DOCTOR:**
Begin a new s[ection] for each set of orders. One s[ection] orders may re[quire] more than one section.
Automatic sto[p] order:
Narcotics - 3 d[ays]
Antibiotics - 7 [days]

NAME
0085166 DR. ROSEN, MARK
ATARIAN, MARY 5112-1
5-31-87 F 81 1-01-06

6/1/87
- Chest film portable used for ET tube placement
- ABGs – stat – done
- EKG
- STAT CBC, Theophylline level

[signature]

Noted [illegible] 8:45 AM 6/1/87

**DOCTOR:**
Begin a new s[ection] for each set of orders. One s[ection] orders may re[quire] more than one section.
Automatic sto[p] order:
Narcotics - 3

NAME
008516_ DR. ROSEN, MARK
ATARIAN, MARY 5112-1
5-31-87 F 81 1-01-06

Exhibit B
(p. 1 of 1)

| NURSES' Full Signature & Title | Init | NURSES' Full Signature & Title | Init | NURSES' Full Signature & Title |
|---|---|---|---|---|

## SINGLE AND PRE-OPERATIVE MEDICATION ORDERS

| To be given DATE | TIME | Medication Dosage Route Freq | Administered Date | Time Site | Init | To be given DATE | TIME | Medication Dosage Route Freq. | Administered Date |
|---|---|---|---|---|---|---|---|---|---|
| | now | Captopril 25mg po q6h | | | | | | | |
| | 2400 | Lasix 40 mg IV | 5/31 | 2400 IVP | YJ | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| NURSES' Full Signature & Title | Init. | NURSES' Full Signature & Title | Init. | NURSES' Full Signature |
|---|---|---|---|---|
| | | | | Exhibit C (p. 1 of 2) |
| | | | | |
| | | | | |

| ORDER DATE | Exp Date / Time | MEDICATION DOSAGE ROUTE FREQUENCY | HR | 5/31 | 6/1 | 6/2 | 6/3 | 6/4 |
|---|---|---|---|---|---|---|---|---|
| 5/31 | | Nitrol ointment 1½" q 4h | 0400 | / | [illegible] | | | |
| | | | 0800 | / | | | | |
| | | | 1200 | / | | | | |
| | | | 1600 | / | | | | |
| | | | 2000 | / | | | | |
| | | | 2400 | [illegible] | | | | |
| 5/31 | | Captopril 12.5 mg q 6 (hold for SBP < 160 sys) | 0600 | / | [illegible] | | | |
| | | | 1200 | / | | | | |
| | | | 1800 | / | | | | |
| | | | 2400 | [illegible] | | | | |
| | | Fosix 40 mg po q AM | 0900 | / | | | | |
| | | KCl elixir 10% 15cc po bid | 0900 | / | | | | |
| | | | 2100 | / | | | | |

Exhibit C (p. 2 of 2)

Diagnosis CHF, COPD ↑BP Date Adm. 5/31 Surgery Date

Room (11)-1 Name Atanian Mary Age 81 Physician Rosen

ACCOUNT NO.: 85166 PATIENT ATAMIAN, MARY PAGE:
DOCTOR: MIZGERD, JOSEPH MED. REC. NO. 001911 DATE 9/13/87 ROOM: 43

DEPT: 435-PULMONARY FUNCTION
*******- 435-3435 BLOOD GAS PUNCTURE

878336 RES: 5-31-87 18:25 RCJV ORD: 5-31-87 17:24
SPECIMEN: 5-31-87 18:00 JVC

PH 7.21 (7.35-7.45) O2 CONC./FLOW RA
PCO2 85 (37-44 MMHG) RESP. RATE 40
PO2 24 (75-100 MMHG) TIDAL VOLUME
O2 SAT 33 PEEP
HCO3 35 (22-28 MMOL/L)
BE 4.8
HB 12.1 COHB
TEMP CORRECTED OTHER:

MODE: R. AIR.

878418 RES: 5-31-87 19:37 RCJV ORD: 5-31-87 19:05
SPECIMEN: 5-31-87 19:15 JVC

PH 7.24 (7.35-7.45) O2 CONC./FLOW 1L
PCO2 86 (37-44 MMHG) RESP. RATE 18
PO2 32 (75-100 MMHG) TIDAL VOLUME
O2 SAT 51 PEEP
HCO3 37 (22-28 MMOL/L)
BE 7.8
HB 11.8 COHB
TEMP CORRECTED OTHER:

MODE: 1L N/C.

878592 RES: 5-31-87 23:15 RCJV ORD: 5-31-87 22:51
SPECIMEN: 5-31-87 11:04 JVC

PH 7.23 (7.35-7.45) O2 CONC./FLOW 23
PCO2 79 (37-44 MMHG) RESP. RATE 28
PO2 74 (75-100 MMHG) TIDAL VOLUME
O2 SAT 91 PEEP
HCO3 33 (22-28 MMOL/L)
BE 8.9
HB 11.6 COHB
TEMP CORRECTED OTHER:

MODE: 2LNC

879213 RES: 6-01-87 3:17 RTMJ ORD: 6-01-87 3:06
SPECIMEN: 6-01-87 3:15 MJ

PH 7.34 (7.35-7.45) O2 CONC./FLOW 100
PCO2 66 (37-44 MMHG) RESP. RATE
PO2 390 (75-100 MMHG) TIDAL VOLUME
O2 SAT 97 PEEP
HCO3 34 (22-28 MMOL/L)
BE 3.2
HB 12.3 COHB 00
TEMP CORRECTED 000.0 OTHER:

Exhibit D
(p. 1 of 1)



# WASHINGTON ADVENTIST HOSPITAL

## GRAPHIC RECORD

NAME: 5166 DR. ROSEN, [illegible] / [illegible]IAN, MARY [illegible] / 1-87 F 81

| DATE | 5/31/[illegible] | | | 6/1 | | | 6/2 | | | 6/3 | | | 6-4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| Hours | 12M 4 AM | 8 AM 12 N | 4 PM 8 PM | 12M 4 AM | 8 AM 12 N | 4 PM 8 PM | 12M 4 AM | 8 AM 12 N | 4 PM 8 PM | 12M 4 AM | 8 AM 12 N | 4 PM 8 PM | 12M 4 AM | 8 AM 12 N | 4 PM 8 PM |
| Temperature (105°–96°) | | | | | | | | | | | | | | | |
| Pulse | | | 15[illegible] | 76 72 | | | 108 122 | [illegible] | [illegible] | 96 116 | 120 92 | 94 94 | 94 78 | | 81 90 |
| Respiration | | | [illegible] | [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| BP systolic | | | 204 | 130 142 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |
| BP diastolic | | | 110 | 70 80 | | | 64 90 | 113 61 | 80 41 | 54 50 | 56 66 | 62 62 | 66 60 | | 57 50 |
| Weight | | | | 158 | | | | | | | | | | | |
| Elimination | | | | | | | | | | | | | | | |
| Intake & Output | 11-7 | 7-3 | 3-11 | 11-7 | | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| ORAL | | | | | | | | | | | | | | | |
| IV | | | | | | | | | | | | | | | |
| IV MEDS | | | | | | | | | | | | | | | |
| BLOOD | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | |
| 8-HOUR TOTAL | | | | | | | | | | | | | | | |
| 24-HOUR TOTAL | | | | | | | | | | | 2933 | | | 2315 | |
| URINE VOIDED | | | 1200 | | | | | | | | | | | | |
| URINE PER CATH | | | [illegible] | | | | | | | | | | | | |
| GU IRRIGANT | | | | | | | | | | | | | | | |
| URINE TOTAL | | | | | | | | | | | | | | | |
| EMESIS | | | | | | | | | | | | | | | |
| DRAINAGE | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | |
| OTHER | | | | | | | | | | | | | | | |
| 8-HOUR TOTAL | | | 1200 | | | | | | | | | | | | |
| 24-HOUR TOTAL | | | | | | | | | | | 1075 | | | 1535 | |
| TIME | | | | | | | | | | | | | | | |
| SUGAR | | | | | | | | | | | | | | | |
| ACETONE | | | | | | | | | | | | | | | |

Exhibit E (p. 1[illegible])