IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-183-SLR |
| DDS JAMES J. GENTILE, ) SECRETARY JANE DOE, a/k/a ) SHELBY, ) | |

O R D E R

At Wilmington this 13th day of April, 2006, the court having considered the motion for reconsideration of the denial of plaintiff's application to proceed in forma pauperis (D.I. 6), and the court having discovered that plaintiff was given in forma pauperis status by the United States Supreme Court in Atamian v. Bahar, No. 05-7538 (U.S. 2005), and in Atamian v. Hawk. No. 03-10106 (U.S. 2004);

IT IS ORDERED that:

1. The motion for reconsideration is GRANTED. (D.I. 6)

2. The March 23, 2006, order denying the application to proceed without prepayment of fees under 28 U.S.C. § 1915 is VACATED. (D.I. 4)

3. The application to proceed without prepayment of fees under 28 U.S.C. § 1915 is GRANTED. (D.I. 1)

_____
UNITED STATES DISTRICT JUDGE