**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Entry |
|---|---|
| PLAINTIFF | Gabriel G. Atamian, MD, MSEE, JD |
| COURT CASE NUMBER | 06-183 (SRL) |
| DEFENDANT | "Jane Doe", a/k/a Ms. Shelby (Secretary) |
| TYPE OF PROCESS | Order/Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~James J. Gentile, DDS, PA~~ Ms. Shelby, secretary

**AT** ADDRESS: 120 East Baltimore Pike, Media, PA 19063-3890

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gabriel G. Atamian, MD, MSEE, JD
1021 N. State St., Apt A
Dover, DE 19901

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 2
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case.

Ms. Shelby, co-defendant, is the Secretary of Dr. Gentile. The Tel. No. of defendant, Dr. Gentile, is: 610-565-7222

Signature of Attorney or other Originator requesting service on behalf of: Pro Se ☒ PLAINTIFF ☐ DEFENDANT
Gabriel G. Atamian, MD, MSEE, JD
TELEPHONE NUMBER: 302-678-2546
DATE: 4/14/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: BF
Date: 07-__-06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Shelly Simeone - Admin Asst

Date of Service: 7/18/06    Time: 4 pm

Signature of U.S. Marshal or Deputy: Scarla

REMARKS: