IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-183-SLR |
| | ) | |
| JAMES J. GENTILE, DDS, SECRETARY | ) | |
| JANE DOE, a/k/a SHELBY, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON
BEHALF OF DEFENDANTS**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendants in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Amy A. Quinlan (ID # 3021)
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendants
*Email:* aquinlan@morrisjames.com

Dated: 8/8/06

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 8th day of August, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANTS**

By First Class U.S. Mail to:

Gabriel Atamian (*pro se*)
1021 N. State Street, Apt. A
Dover, DE  19901

Amy A. Quinlan (#3021)