IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GABRIEL G. ATAMIAN, MD, MSEE, JD, )
                                  )
                   Plaintiff,     )
                                  )
        v.                        )  C. A. No. 06-183-SLR
                                  )
JAMES J. GENTILE, DDS, SECRETARY  )
JANE DOE, a/k/a SHELBY,           )
                                  )
                   Defendants.    )

**DEFENDANTS, JAMES J. GENTILE, DDS AND JANE DOE, A/K/A/
SHELLY SIMEONE'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Defendants, James J. Gentile, DDS and Jane Doe, a/k/a Shelly Simeone, by and through

their attorneys, Morris, James, Hitches and Williams, LLP, respectfully move this Court for an

order pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, dismissing

the Complaint for lack of personal jurisdiction and improper venue and granting such other and

further relief as the Court deems just and proper.  Defendants rely on the accompanying

memorandum in support, Affidavit of James J. Gentile, DDS and Affidavit of Shelly Simeone,

being filed contemporaneously herewith.

                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP


                              _____
                              Amy A. Quinlan (#3021)
                              222 Delaware Avenue
                              P.O. Box 2306
                              Wilmington, DE  19899
                              (302) 888-6800
                              Attorneys for Defendants
                              aquinlan@morrisjames.com

Dated: August 11, 2006


1441296/1

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed DEFENDANTS,

JAMES J. GENTILE, DDS AND JANE DOES, A/K/A/ SHELLY SIMEONE'S

MOTION TO DISMISS FOR LACE OF PERSONAL JURISDICTION AND

IMPROPER VENUE and this Certificate of Electronic Service with the Clerk of Court

using CM/ECF.


I hereby certify that on August 11, 2006, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:


Gabriel Atamian (*pro se)*
1021 N. State Street, Apt. A
Dover, DE  19901


Amy A. Quinlan (#3021)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6800
aquinlan@morrisjames.com

1445822/1