IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gabriel G. Atamian MD, MSEE, JD, :

    Plaintiff, :

v. :    Civil Action No.
      06-183-SLR

James J. Gentile, DDS, and
Jane Doe a/k/a Ms. Shelby, :
secretary,     Demand of Jury Trial
:
    Defendants.
:

PLAINTIFF'S MOTION FOR AN ORDER FOR TRANSFER THIS ACTION
TO THE DISTRICT COURT OF PENNSYLVANIA PURSUANT TO
28 U.S.C. § 1404(a)

    Plaintiff Gabriel G. Atamian, MD, MSEE, JD, respectfully move this court for an Order for transferring this action to the District Court of Pennsylvania (2609 U.S. Courthouse, 601 Market st, Philadelphia, PA 19106) pursuant to 28 U.S.C. § 1404(a).

    Plaintiff's Affidavit, and the memorandum in support, has been filed contemporaneously herewith.

                                              *Gabriel G. Atamian, MD, MSEE, JD*
                                              Gabriel G. Atamian, MD, MSEE, JD
                                              1021 N. State Street Apt A
                                              Dover, DE 19901
                                              302-678-2546
                                              Plaintiff. Pro se

August 16, 2006

CERTIFICATE OF SERVICE

I, Gabriel G. Atamian,MD,MSEE,JD, do here by certify that a copy of Plaintiff's Motion for an Order for Transfer this Action to the District Court of Pennsylvania pursuant to 28 U.S.C. § 1404(a), was served, on August 16, 2006, on:

Amy A. Quinlan, Esq.  (By Hand Delivery)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

*Gabriel G. Atamian, MD, MSEE, JD*
Gabriel G. Atamian,MD,MSEE,JD

August 16,2006