IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gabriel G. AtamianMD,MSEE,JD,      :

    Plaintiff,                   :

v.                                 :      Civil Action No.
                                          06-183-SLR
James J. Gentile,DDS,and           :
Jane Doe a/k/a Ms. Shelby,
secretary,                         :      Demand of Jury Trial

    Defendants.                  :

                                   :

**MEMORANDUM IN POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S MOTION FOR AN ORDER FOR TRANSFER
THIS ACTION TO THE DISTRICT COURT OF PENNSYLVANIA
PURSUANT TO 28U.S.C. § 1404(a)**

Plaintiff in support of his memorandum , states;

1.  28 U.S.C. § 1404(a) which allows a change of venue within the

Federal System.

2.  This action pertains to a personal injury sustained by

through the willfull and malicious conduct and acts of defendants,

James J. Gentile, DDS, and his secretary , Ms. Shelby

3.  The case was brought to the District Courtof Delaware. But,

because of lack of personal jurisdiction and improper venue of

the defendants, the case will be transferred to  the District Court

of Pennsylvania (Eastern  District , 2609 U.S. Courthouse, 601 Market

Street, Philadelphia, PA 19106) pursuant to 28 U.S.C. § 1404 (a).

4.    This is simply a Federal House Keeping measure dealing with the placement of litigation  in Federal Courts. It authorizes a change of courtroom based on fairness. (1)

WHEREFORE, plaintiff prays this Honorable Court to GRANT his motion  and order for transfer to the DistrictCourt of Eastern Pennsylvania.

Respectfully submitted,

Gabriel G. Atamian, MD, MSEE, JD

Gabriel G. Atamian,MD,MSEE,JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546
Plaintiff. Pro se

August 16, 2006

_____
(1) Attached hereto as Exhibit A, is the Affidavit of Gabriel G.
    Atamian,MD,MSEE,JD, in support of the transfer argument.

2.

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gabriel G. AtamianMD,MSEE,JD,            :

     Plaintiff,                          :

v.                                       :        Civil Action No.
                                                       06-183-SLR
James J. Gentile,DDS,and
Jane Doe a/k/a Ms. Shelby,               :
secretary,                                        Demand of Jury Trial
                                         :

     Defendants.                         :


### AFFIDAVIT OF GABRIEL G. ATAMIAN,MD,MSEE,JD

STATE OF DELAWARE        )
                         )        SS:
COUNTY OF KENT           )


Gabriel G. Atamian,MD,MSEE,JD, being duly sworn according to law,
deposes and says as follows:

1.  I make this Affidavit upon personal knowledge.

2.  I am the plaintiff in the above-captioned lawsuit.

3.  I am a resident of the State of Delaware.

4.  From August 17, 2004 until October 11, 2004, I did
    receive dental treatment from Dr. Gentile , a dentist,
    located in Media, Pennsylvania.

5.  This is a personal injury case , which is sustained
    through willfull and malicious acts and conducts of
    defendants' , James J. Gentile, DDS, and his secretary
    Ms. Shelby.

                            *Gabriel G. Atamian, MD , MSEE,JD*
                            Gabriel G. Atamian,MD,MSEE,JD

SWORN TO AND SUSCRIBED before me, a Notary Public , this 16th day of

August_____ , 2006.

                          *Dennis Schofield*
                        Notary Public

                         **DENNIS SCHOFIELD**
                         **NOTARY PUBLIC**
                        **STATE OF DELAWARE**
                    **My Commission Expires Nov. 24, 2007**

## CERTIFICATE OF SERVICE

I, Gabriel G. Atamian,MD,MSEE,JD, do hereby certify that a copy of Memorandum in Points and Authorities in Support of Plaintiff's Motion for an Order for Transfer this Action to the District court of Pennsylvania pursuant to 28 U.S.C. § 1404 (a), was served on A August 16, 2006, ön:

     Amy A. Quinlan, Esq.                    ( By Hand Delivery)
     222 Delaware Avenue, 10th Floor
     P.O. Box 2306
     Wilmington, DE 19899


                                    Gabriel G. Atamian, MD, MSEE, JD
                                    ────────────────────────────────
                                    Gabriel G. Atamian,MD,MSEE,JD

August 16,2006