IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Gabriel G. Atamian MD,MSEE,JD, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-183-SLR |
| James J. Gentile,DDS,and Jane Doe a/k/a Ms. Shelby, secretary, | : | Demand of Jury Trial |
| Defendants. | : | |
| | : | |

MOTION TO STAY OF THE PROCEEDINGS

COMES NOW plaintiff Gabriel G. Atamian,MD,MSEE,JD, do hereby moves for a stay of the proceedings, and in support of his motion states:

1. Where the case should as a matter of substantive justice be tried in a forum outside this state.

2. Defendants's motion to dismiss for lack of personal jurisdiction is moot, due to the fact that plaintiff has filed a motion to order transfer of the action to the Eastern District Court of Pennsylvania.

WHEREFORE, plaintiff's motion for Stay of the Proceedings should be GRANTED.

Respectfully submitted,

*Gabriel G. Atamian*
Gabriel G. Atamian,MD,MSEE,JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546
Plaintiff. Pro se

August 16, 2006

CERTIFICATE OF SERVICE

I, Gabriel G. Atamian,MD,MSEE,JD, do hereby certify that a copy of the motion to Stay the Proceedings, has been served on August 16, 2006, on:

Amy A. Quinlan, Esq.  
222 Delaware Avenue, 10th Floor    (By Hand Delivery)  
P.O. Box 2306  
Wilmington, DE 19899

*Gabriel G. Atamian, MD, MSEE, JD*  
Gabriel G. Atamian,MD,MSEE,JD

August 16, 2006