Gabriel G. Atamian, MD, MSEE, JD
1021 N. State Street Apt A
Dover, DE 19901
302-678-2546

The Honorable Sue L Robinson
Chief Judge of The district Court

December 13, 2006

RE: Atamian v. Gentile, et,al
Docket No. 06-183-SLR

Dear Judge Robinson:

I am going to my Christmas vacation from December 19, 2006 to January 10, 2007.

I have spoken about my vacation to your clerk. At that time, your clerk advised me that Your Honor is very busy to consider and decide of Docket # 16, 17, 18 and 19.

I hope that the above motions will be decided by Your Honor after January 10, 2007, when I return from my vacation.

Thanking Your Honor from advance,

Very truly,

*[signature]* Gabriel G. Atamian, MD, MSEE, JD

cc; Clerk's Office
    Amy Quinlan, Esq.
    Cousel of defendant