IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD, )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>JAMES J. GENTILE, DDS, SECRETARY )<br>JANE DOE, a/k/a SHELBY, )<br>)<br>Defendants. ) | C. A. No. 06-183-SLR |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that, effective immediately, the law firm of Morris, James, Hitchens & Williams LLP has changed its name and address as follows:

**DELIVERY ADDRESS**
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

**MAILING ADDRESS**
Morris James LLP
PO Box 2306
Wilmington, DE 19899-2306

The firm's telephone numbers, facsimile numbers and e-mail addresses will remain the same.

MORRIS JAMES LLP

_____
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Attorney for Defendants

AAQ/103334-0020/1497356/1

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed NOTICE OF CHANGE OF FIRM NAME AND ADDRESS and this Certificate of Electronic Service with the Clerk of Court using CM/ECF.

I hereby certify that on December 19, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Gabriel Atamian *(pro se)*
1021 N. State Street, Apt. A
Dover, DE 19901

Amy A. Quinlan (#3021)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
aquinlan@morrisjames.com