IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-183-SLR |
| ) | |
| JAMES J. GENTILE, DDS, SECRETARY ) | |
| JANE DOE, a/k/a SHELBY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT**

Defendants, James J. Gentile, DDS, and Jane Doe, a/k/a Shelly Simeone (hereinafter "defendants"), respectfully move for an Order permitting defendants an extension of time to respond to plaintiff's Complaint.

1. This case was filed *pro se* on March 17, 2006 (D.I. 2) alleging diversity of jurisdiction pursuant to 28 U.S.C. § 1332. Because the Complaint appeared to allege state claims based on Pennsylvania law, and both defendants are residents of Pennsylvania and lacked the requisite contacts with Delaware, defendants sought to dismiss this action for lack of personal jurisdiction and improper venue. On December 20, 2006, the Court issued a Memorandum Opinion denying defendants' Motion to Dismiss, but transferred the case to the Eastern District of Pennsylvania (D.I. 23).

2. Given that this case has now been transferred to the Eastern District and defendants will need to obtain new counsel, defendants seek an extension of time to respond to the Complaint.

WHEREFORE, defendants request the above described relief be granted.

MORRIS JAMES LLP

/s/ Amy A. Quinlan
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD, )<br>)<br>Plaintiff,    )<br>)<br>v.                        )<br>)<br>JAMES J. GENTILE, DDS, SECRETARY )<br>JANE DOE, a/k/a SHELBY,            )<br>)<br>Defendants.  ) | C. A. No. 06-183-SLR |

## ORDER

It is hereby ORDERED this _____ day of _____, 2007 that Defendants' Motion to Extend Time to Respond to Complaint until February 20, 2007 is GRANTED.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2007, I electronically filed DEFENDANTS' MOTION TO EXTEND TIME TO RESOND TO COMPLAINT and this Certificate of Electronic Service with the Clerk of Court using CM/ECF.

I hereby certify that on January 4, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Gabriel Atamian (*pro se*)
1021 N. State Street, Apt. A
Dover, DE 19901

Amy A. Quinlan (#3021)
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
aquinlan@morrisjames.com