

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

January 17, 2007



VIA UPS DELIVERY
Michael E. Kunz, Clerk
United States District Court
Eastern District of Pennsylvania
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797



07 -0241

Re:   *Transferred District of Delaware Civil Case 1:06-cv-183-SLR to Eastern District of Pennsylvania*

Dear Mr. Kunz:

In accordance with the Memorandum Order issued on December 19, 2006 by Chief Judge Sue L. Robinson, U.S. District Court for District of Delaware, in the above referenced case (D.I. 23), I am transferring this civil case the U.S. District Court for the Eastern District of Pennsylvania. Please find enclosed certified copies of the Memorandum Order and docket sheet for this case.

This court began electronic filing as of March 1, 2005 thus all docket items filed in the above referenced case are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope

Sincerely,

rec'd 1/18/17
*[signature]*

Peter T. Dalleo, Clerk

By: *[signature]*
Deputy Clerk

Enclosures

cc:   The Honorable Sue L. Robinson
      G. Atamian
      A. Quinlan, Esq.

JAN 1 8 2007